IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN GARNER                                                                          PLAINTIFF/
                                                                              COUNTER-DEFENDANT

v.                                        Civil No. 4:22-cv-4032

JBS LIVE PORK, LLC                                                                   DEFENDANT/
                                                                              COUNTER-PLAINTIFF

## ORDER

Before the Court is the parties' Joint Motion for Entry of Stipulated Protective Order. ECF No. 22. The parties to this case, through their respective counsel, agree to protect the confidentiality of certain information that may be discovered or offered into evidence at the trial of this case. Upon consideration, the Court finds that the parties' motion (ECF No. 22) should be and hereby is **GRANTED**. The Court will enter the parties' proposed Agreed Protective Order as a separate docket entry.

**IT IS SO ORDERED**, this 13th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge