IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JUSTIN GARNER                                                                                    PLAINTIFF

v.                                    Case No. 4:22-cv-4032

JBS LIVE PORK, LLC                                                                         DEFENDANT

## JUDGMENT

**FINAL JUDGMENT IS HEREBY ENTERED** in the above-captioned case as follows:

As to Plaintiff/Counterclaim Defendant Justin Garner's ("Garner") claim for breach of contract asserted against Defendant/Counterclaim Plaintiff JBS Live Pork, LLC ("JBS"), judgment is entered in favor of JBS and against Garner.  As to JBS's counterclaim for breach of contract against Garner, judgment is entered in favor of JBS and against Garner.  JBS is the prevailing party in this action.  As prevailing party, JBS is awarded its costs pursuant to Federal Rule of Civil Procedure 54 and is awarded its attorneys' fees and related expenses pursuant to the contract executed by the parties and at issue in this case.

**IT IS SO ORDERED**, this 13th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge